## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR75 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| | ) | |
| SCOTT A. FORREST, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the Presentence Investigation Report ("PSR") in this case.
The parties have not objected to the PSR.  *See* Order on Sentencing Schedule, ¶ 6.  The
Defendant adopted the PSR.  (Filing No. 70.)  The Court advises the parties that these
Tentative Findings are issued with the understanding that, pursuant to *United States v.
Booker,* 2005 WL 50108 (U.S. Jan. 12, 2005), the sentencing guidelines are advisory.

IT IS ORDERED:

1.      The parties are notified that my tentative findings are that the PSR is correct
in all respects;

2.      If **any** party wishes to challenge these tentative findings, the party shall
immediately file in the court file and serve upon opposing counsel and the Court a motion
challenging these tentative findings, supported by (a) such evidentiary materials as are
required (giving due regard to the requirements of the local rules of practice respecting the
submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary
hearing is requested, a statement describing why an evidentiary hearing is necessary and
an estimated length of time for the hearing;

3.      Absent submission of the information required by paragraph 2 of this Order,
my tentative findings may become final; and

4.      Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 15th day of September, 2005.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge